**Sung K. KIM, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

**No. 2008–3343.**

United States Court of Appeals, Federal Circuit.

July 14, 2009.

Kevin L. Owen, Law Offices of Gary M. Gilbert & Associates, of Silver Spring, MD, argued for petitioner. With him on the brief was Gary M. Gilbert.

Elizabeth M. Hosford, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T.

---

* The Honorable James R. Spencer, Chief Judge, United States District Court for the Eastern District of Virginia, sitting by designation.

Manhardt, Assistant Director. Of counsel on the brief was Nolan J. Benson, Jr., Associate General Counsel, Defense Threat Reduction Agency, United States Department of Defense, of Ft. Belvoir, Virginia.

LOURIE, RADER, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.